IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY L TEMPLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3038 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on plaintiff's motion to proceed in forma pauperis, Filing No. 2. This case is an appeal from the Commissioner of the Social Security Administration. The Court has reviewed the motion and the supporting application, Filing No. 2, and finds the motion should be granted. Plaintiff lives with his mother, is on food stamps, has no income, and has $5.00 in his checking account.

    IT IS ORDERED that plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

DATED this 29th day of February, 2012.

BY THE COURT:

/s Joseph F. Bataillon
United States District Judge